IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| David Milan and Cheri Milan, ) | Case No.: 6:09-cv-02186-HFF |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CONSENT ORDER |
| ) | TO WITHDRAW AS COUNSEL |
| Cecil Parks, Carroll G. Parks, ) | |
| Craig Freeman, Shirley C. Freeman, ) | |
| White Meadow Homeowners' ) | |
| Association, South Carolina ) | |
| Department of Health and ) | |
| Environmental Control, and ) | |
| Greenville Soil and Water ) | |
| Conservation District and/or its ) | |
| successor agency, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court upon motion of David B. Ward, Esquire, requesting an Order permitting David B. Ward and Horton, Drawdy, Ward & Jenkins, P.A. to withdraw as counsel of record for defendant White Meadow Homeowners' Association in the above-entitled action. David B. Ward appeared and filed an Answer on behalf of White Meadow Homeowners' Association. Subsequent to the filing of the Answer by David Ward, James P. Walsh was retained by the insurance carrier for White Meadow Homeowners' Association. Mr. Walsh also made an appearance on White Meadow Homeowners' Association's behalf and filed an Amended Answer. Mr. Ward and Horton, Drawdy, Ward & Jenkins, P.A. now seek to withdraw as attorneys of records for this case.

Now, therefore, the Court grants the request of Mr. Ward and Horton, Drawdy, Ward & Jenkins, P.A. to withdraw as counsel for defendant White Meadow Homeowners' Association,

and the Clerk of Court is ordered to substitute James P. Walsh and the law firm of Clarkson, Walsh, Terrell & Coulter, P.A. as counsel for defendant White Meadow Homeowners' Association and to forward all future correspondence from the Court to Mr. Walsh as counsel for this defendant.

AND IT IS SO ORDERED.

**s/Henry F. Floyd**
Honorable Henry F. Floyd

**November 4, 2009**

**WE SO MOVE:**

s/ James P. Walsh
James P. Walsh (Fed ID #5636)
Clarkson, Walsh, Terrell & Coulter, P.A.
P.O. Box 6728
Greenville, SC  29606

**WE CONSENT:**

s/David B. Ward
David B. Ward (Fed ID #5821)
Horton, Drawdy, Ward & Jenkins, P.A.
P.O. Box 10167
Greenville, SC 29603